UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES LADNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT AT LAW

NOW COMES the Plaintiff, JAMES LADNER, by and through his attorneys, PHILLIPS LAW OFFICES, and complains of the Defendant, UNITED STATES OF AMERICA, alleging upon information and belief as follows:

### Jurisdiction and Venue

1.     Plaintiff, JAMES LADNER, files this action against the Defendant, UNITED STATES OF AMERICA, for the general negligence of its agents and/or employees at the UNITED STATES POSTAL SERVICE which proximately caused injury to JAMES LADNER.

2.     On or about June 22, 2010, Plaintiff presented a negligence claim to the United States Postal Service pursuant to the provisions of the Federal Tort Claims Act, 28 U.S.C.A. §§ 1346(b), 2671-80, alleging liability of the United States Government. See attached Exhibit A.

3.     As of the date of filing, the UNITED STATES POSTAL SERVICE has not made a final disposition of the claim and the Plaintiff, JAMES LADNER, is deeming this a final denial of the claim in accordance with 28 U.S.C.A. § 2675(a).

4.     This Court has jurisdiction of the action pursuant to 28 U.S.C.A. §§ 1331, 1346(b), and 2671, et. seq.

1

5.      The Plaintiff, JAMES LADNER resides in the City of Broadview, Count of Cook and State of Illinois, making venue in the Northern District of Illinois, Eastern Division proper for this action for damages against Defendant UNITED STATES OF AMERICA pursuant to 28 U.S.C.A. § 1402(b).

<strong><u>Allegations</u></strong>

6.      At all relevant times the United States Postal Service operated a postal service facility commonly known as the International Service Center, located at 514 Express Center Drive, in the City of Chicago.

7.      At all relevant times the United States Postal Service employed various personnel at the International Service Center which performed shipping, receiving, and other warehouse and mail activities.

8.      On or about November 29, 2009, Plaintiff, JAMES LADNER, was a truck driver making a delivery at the International Service Center in his capacity as an employee of Contract Transport.

9.      On or about November 29, 2009, Plaintiff was lawfully on the premises of the International Service Center for the purpose of completing business, specifically to make a delivery of the benefit of the Defendant.

10.      On or about November 29, 2009, a United States Postal Service employee was operating a forklift at the International Service Center.

11.      On or about November 29, 2009, at the International Service Center, the United States Postal Service employee operating a forklift was acting in the course and scope of her employment with the UNITED STATES POSTAL SERVICE.

12.    On or about November 29, 2009, at the International Service Center, the United States Postal Service employee operated a forklift in or near the trailer of the delivery vehicle of the Plaintiff's, which was properly parked in a delivery bay or dock.

13.    While in the operation of the forklift the Defendant's employee, agent, or servant struck and injured Plaintiff, JAMES LADNER, with the forklift.

14.    Plaintiff, JAMES LADNER was exercising due care for himself and his surroundings.

15.    At all times relevant herein, the Defendant owed certain duties under the law.

16.    At all times relevant herein, the Defendant acting through its employees, agents, or servants owed a duty to exercise due care in the operation and control of the International Service Center, and the in the use of equipment and forklift at said facility.

17.    In violation of its duty, the Defendant, UNITED STATES OF AMERICA, by and through its agents, servants and/or employees, were guilty of one or more of the following acts or omissions:

      a.  Failed to properly inspect, test, maintain, and use equipment, including forklifts;

      b.

      c.  Failed to safely or properly operate a forklift;

      d.  Failed to maintain equipment which it used;

      e.  Failed to properly train, instruct, and supervise its employees, servants, and agents;

      f.

      g.  Failed to warn the Plaintiff that a forklift was moving or operational;

      h.  Failed to follow procedures, standards, policies;

      i.  Failed to maintain a safe and proper lookout so as to avoid a collision with the Plaintiff;

      j.  Failed to supervise and assign the duties of unloading delivery trucks;

    k.   Failed to properly investigate, certify, and oversee its employees, agents or employees;

    l.   Failed to take adequate precaution to ensure safe operation of equipment, including but not limited to forklifts.

18.    As a direct and proximate result of one or more of the foregoing negligent acts or omissions of the Defendant, UNITED STATES OF AMERICA, by and through its agents, servants, and/or employees, the Plaintiff, JAMES LADNER, sustained severe and permanent injuries; was deprived and will in the future be deprived of earnings and inability to work in his prior employment; was required to seek and undergo, and will in the future require, extensive medical and surgical consultations and treatments; suffered, and will continue to suffer, physical and mental suffering, disability, loss of a normal life, disfigurement, and has incurred, and will in the future incur great sums of money for medical and other expenses.

WHEREFORE, the Plaintiff, JAMES LADNER, prays for judgment against Defendant, UNITED STATES OF AMERICA, in the amount of $7,000,000.00, plus costs.

By:   /s/Jill M. Webb
    Attorney for Plaintiff
Jill M. Webb (ARDC #6184864)
PHILLIPS LAW OFFICES
161 N. Clark Street, Suite 4925
Chicago, IL 60601
(312) 346-4262

4